UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CEDRICK J. CALDWELL, ANGIE CALDWELL, and CALDWELL PLUS PRODUCTIONS, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| | ) CASE NO. 3:12-00269 ) JUDGE SHARP/KNOWLES |
| vs. | ) ) JURY DEMANDED ) |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and TRAVELERS PERSONAL SECURITY INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) |

## ORDER

I hereby recuse myself in the above-styled action.

_____
E. Clifton Knowles
United States Magistrate Judge