UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CEDRICK J. CALDWELL, ANGIE CALDWELL, and CALDWELL PLUS PRODUCTIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and TRAVELERS PERSONAL SECURITY INSURANCE COMPANY, <br><br> Defendants. | CASE NO. 3:12-00269 <br> JUDGE SHARP/KNOWLES <br><br> JURY DEMANDED |

## ORDER

I hereby recuse myself in the above-styled action.

_____
E. Clifton Knowles
United States Magistrate Judge