IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CEDRICK J. CALDWELL; ANGIE )
CALDWELL; and CALDWELL PLUS )
PRODUCTIONS, INC. ) No. 3-12-0269
)
v. )
)
TRAVELERS PROPERTY )
CASUALTY COMPANY OF )
AMERICA; and TRAVELERS )
PERSONAL SECURITY INSURANCE )
COMPANY )

O R D E R

Pursuant to the order entered May 3, 2012 (Docket Entry No. 13), counsel for the parties called the Court on September 6, 2012, at which time the following matters were addressed:

1. The defendants have completed an inspection of the plaintiffs' property, which the plaintiffs have repaired. As a result, the defendants intend to serve additional interrogatories about the repairs and the repair costs. The parties have exchanged written discovery and responses are due shortly.

2. Depositions of the parties and Victor Caldwell are scheduled October 29-31, 2012.

3. The October 2, 2012, deadline for the plaintiffs to serve expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure is extended to November 15, 2012.

4. The November 2, 2012, deadline for the defendants to serve Rule 26(a)(2) expert disclosures is extended to December 17, 2012.

5. The November 12, 2012, deadline for serving rebuttal expert disclosures is extended to December 31, 2012.

6. The January 2, 2013, deadline for completion of expert discovery is extended to January 17, 2013. The January 2, 2013, deadline for completion of all fact discovery is not extended.

7. Counsel for the parties are urged to schedule their experts' depositions before or at the time the expert disclosures are served. If they wait until after all of the deadlines for disclosing experts, there will be a very short window of time in which to schedule their depositions at a time of the year when both counsel and the experts may have conflicting schedules.

8. The February 4, 2013, deadline for filing any dispositive motion is extended to February 19, 2013.[1] Any response shall be served within 21 days of the filing of the motion or by March 12, 2013, if the motion is filed on February 19, 2013. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by March 26, 2013, if the response is filed on March 12, 2013.

No other filings in support of or in opposition to any dispositive motion shall be made except with the express permission of the Honorable Kevin H. Sharp.

Memoranda in support of or in opposition to any dispositive motion shall not exceed twenty (20) pages.

There shall be no stay of discovery before the January 2, 2013, deadline for completion of fact discovery or the January 17, 2013, deadline for completion of fact discovery even if a dispositive motion is filed prior thereto.

9. Counsel for the parties shall convene a telephone conference call with the Court on **Tuesday, November 6, 2012, at 3:00 p.m.,** to be initiated by defendants' counsel, to address the status of the case, including but not limited to what experts the plaintiffs have disclosed and what experts the defendants expect to disclose and scheduling the depositions of those experts, the potential for settlement, propriety of ADR,[2] and any scheduling issues or other appropriate matters.

---

[1] Although counsel and the Court addressed a February 18, 2013, deadline, since February 18, 2013, is a federal holiday, the Court has extended the deadline to February 19, 2013, and extended the response and reply deadlines accordingly.

[2] Counsel agreed that it was not feasible to address the potential for settlement until plaintiffs' counsel provides defendants' counsel with information about the repairs.

Except as modified herein, the orders entered May 3, 2012 (Docket Entry Nos. 11-12), remain in full force and effect.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge