IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CEDRICK J. CALDWELL; ANGIE CALDWELL; and CALDWELL PLUS PRODUCTIONS, INC.<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; and TRAVELERS PERSONAL SECURITY INSURANCE COMPANY | No. 3-12-0269 |

O R D E R

Pursuant to the orders entered September 10, 2012 (Docket Entry No. 19), and November 6, 2012 (Docket Entry No. 22), counsel for the parties called the Court on November 6, 2012, at which time the following matters were addressed:

1. The depositions of the parties and Victor Caldwell are scheduled on November 19 and 20, 2012.

2. The November 15, 2012, deadline for the plaintiffs to serve expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure is extended to December 4, 2012.

3. The December 17, 2012, deadline for the defendants to serve Rule 26(a)(2) expert disclosures is extended to January 4, 2013.

4. The December 31, 2012, deadline to serve any rebuttal expert disclosures is extended to February 4, 2013.

5. The January 2, 2013, deadline for completion of fact discovery is extended to January 21, 2013.

6. The January 17, 2013, deadline for completion of expert discovery is extended to March 4, 2013.

Except as modified herein, the orders entered May 3, 2012 (Docket Entry Nos. 12-13), as amended by the order entered September 10, 2012 (Docket Entry No. 19), remain in full force and effect.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge