IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CEDRICK J. CALDWELL; ANGIE )
CALDWELL; and CALDWELL PLUS )
PRODUCTIONS, INC. ) No. 3-12-0269
 )
v. )
 )
TRAVELERS PROPERTY )
CASUALTY COMPANY OF )
AMERICA; and TRAVELERS )
PERSONAL SECURITY INSURANCE )
COMPANY )

O R D E R

By order entered September 10, 2012 (Docket Entry No. 19), the deadline for filing any dispositive motion was extended to February 19, 2013. Although other deadlines were extended by order entered November 9, 2012 (Docket Entry No. 23), the February 19, 2013, deadline for filing any dispositive motion remained unchanged.

No dispositive motion has been filed.[1]

Counsel for the parties shall convene a telephone conference call with the Court on **Wednesday, March 27, 2013, at 11:00 a.m.,** to be initiated by defendants' counsel, to discuss any matters to be addressed by the Magistrate Judge prior to trial and whether the file should be forwarded to the Honorable Kevin H. Sharp prefatory to the May 31, 2013, pretrial conference and June 25, 2013, trial.

If this date and time present scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, at 615-736-5164, to schedule an earlier or later time.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] During the November 7, 2012, conference call, plaintiffs' counsel advised the Court that he did not intend to file a dispositive motion and defendants' counsel advised that she was not certain if the defendants would file a dispositive motion.