IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CEDRICK J. CALDWELL; ANGIE )
CALDWELL; and CALDWELL PLUS )
PRODUCTIONS, INC. ) No. 3-12-0269
 )
v. )
 )
TRAVELERS PROPERTY )
CASUALTY COMPANY OF )
AMERICA; and TRAVELERS )
PERSONAL SECURITY INSURANCE )
COMPANY )

O R D E R

On March 6, 2013, the parties filed a stipulation of dismissal with prejudice (Docket Entry No. 25).

As a result, the telephone conference call, scheduled by order entered February 26, 2013 (Docket Entry No. 24), on March 27, 2013, is CANCELLED.

In accord with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, this case is DISMISSED with prejudice, and the Clerk is directed to close this case on the records of the Court.[1]

There will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By orders entered May 3, 2012 (Docket Entry Nos. 12-13), the pretrial conference and trial were scheduled on May 31, 2013, and June 25, 2013, respectively.