IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CEDRICK J. CALDWELL; ANGIE CALDWELL; and CALDWELL PLUS PRODUCTIONS, INC. ) ) ) | No. 3-12-0269 |
| v. ) ) | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; and TRAVELERS PERSONAL SECURITY INSURANCE COMPANY ) ) ) ) ) ) | |

O R D E R

The Court is in receipt of a letter from defendants' counsel, dated March 6, 2013, enclosing two proposed orders of dismissal with prejudice, and requesting that an attested copy be returned to counsel once the order is entered.

A stipulation of dismissal was filed on March 6, 2013 (Docket Entry No. 25). Although a further order of dismissal was unnecessary in accord with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by order entered March 7, 2013 (Docket Entry No. 26), the case was dismissed with prejudice and closed. The March 7, 2013, order was entered before the Court received defendants' counsel's March 6, 2013, letter and enclosed proposed orders.

With the advent of electronic filing, the Clerk no longer provides copies of filings or orders to counsel since they can be easily obtained from the CM-ECF system.

The Clerk is directed to file and docket the March 6, 2013, letter from defendants' counsel and the accompanying proposed orders, although no action will be taken pursuant thereto.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge